GEORGE W. PEARSON, Respondent, *v.* FRANCIS O'HERN, Appellant.

*Pearson v. O'Hern*, 170 App. Div. 937, affirmed.

(Submitted December 3, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to compel specific performance of an alleged oral agreement of the plaintiff's deceased wife to convey to him certain real property. The defendant interposed the defense that the agreement

was in violation of the Statute of Frauds, inasmuch as the alleged agreement was oral; that the Statute of Limitations had run against the claim; that plaintiff's prayer would be denied on account of laches; that the same will defeat the ends of justice and was inequitable as against the rights of creditors.

*Alfred W. Gray* for appellant.

*Henry D. Warren* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and CRANE, JJ. Not sitting: POUND, J.